# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISI0ON

CASE NO. <u>10-17737</u>                                   CHAPTER: <u>7</u>

CONTESTED MATTER ( √ )
ADV. PRO. NO. _____

WITNESS(ES) TO BE CALLED BY: <u>Elliott Polaniecki, Trustee (Movant)</u>

| NAME & ADDRESS | SYNOPSIS OF TESTIMONY |
|---|---|
| None | I _____<br>I _____<br>I _____ |
| | I _____<br>I _____<br>I _____ |
| | I _____<br>I _____<br>I _____ |
| | I _____<br>I _____<br>I _____ |
| | I _____<br>I _____<br>I _____ |
| | I _____<br>I _____<br>I _____ |
| | I _____<br>I _____<br>I _____ |