## United States Bankruptcy Court
### Southern District of Ohio

IN RE:  
Sparks, James Matthew  
                Debtor(s)

Case No. _____  
Chapter 7

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ........................................................ $      899.00  
   Prior to the filing of this statement I have received ............................................. $ _____  
   Balance Due ........................................................................................ $      899.00

2. The source of the compensation paid to me was: ☑ Debtor  ☐ Other (specify):

3. The source of compensation to be paid to me is: ☑ Debtor  ☐ Other (specify):

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;  
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;  
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;  
   d. ~~Representation of the debtor in adversary proceedings and other contested bankruptcy matters;~~  
   e. [Other provisions as needed]

6. By agreement with the debtor(s), the above disclosed fee does not include the following services:

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

November 11, 2010  
Date

/s/ Diana Khouri  
Diana Khouri 0067530  
6300 Rockside Road #204  
Cleveland, OH 44131  
1-866-964-7275  
dianakhouriohio@gmail.com



EXHIBIT  
MOVANT'S  
1

B6A (Official Form 6A) (12/07)

IN RE Sparks, James Matthew                                         Case No. _____
              Debtor(s)                                                        (If known)

## SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 513 Orchard Street, Middletown, OH | Tenancy in Common | | 110,000.00 | 133,373.00 |
| | | TOTAL | 110,000.00 | |

(Report also on Summary of Schedules)


EXHIBIT
MOVANT'S
2

B3B (Official Form 3B) (12/07) - Cont.

United States Bankruptcy Court
Southern District of Ohio

IN RE:                                                                                    Case No. _____

Sparks, James Matthew                                                                     Chapter 7
_____
         Debtor(s)

## APPLICATION FOR WAIVER OF THE CHAPTER 7 FILING FEE
## FOR INDIVIDUALS WHO CANNOT PAY THE FILING FEE IN FULL OR IN INSTALLMENTS

### Part A. Family Size and Income

1. Including yourself, your spouse, and dependents you have listed or will list on Schedule I (Current Income of Individual Debtor(s)), how many people are in your family? (Do not include your spouse if you are separated AND are not filing a joint petition.)     1

2. Restate the following information that you provided, or will provide, on Line 16 of Schedule I. Attach a completed copy of Schedule I, if it is available.
   Total Combined Monthly Income (Line 16 of Schedule I):                                 $     841.19

3. State the monthly net income, if any, of dependents included in Question 1 above. Do not include any income already reported in Item 2. If none, enter $0.
                                                                                          $       0.00

4. Add the "Total Combined Monthly Income" reported in Question 2 to your dependents' monthly net income from Question 3.
                                                                                          $     841.19

5. Do you expect the amount in Question 4 to increase or decrease by more than 10% during the next 6 months? Yes ___ No ✓
   If yes, explain.

### Part B. Monthly Expenses

6. EITHER (a) attach a completed copy of Schedule J (Schedule of Monthly Expenses), and state your total monthly expenses reported on Line 18 of that Schedule, OR (b) if you have not yet completed Schedule J, provide an estimate of your total monthly expenses.
                                                                                          $     990.00

7. Do you expect the amount in Question 6 to increase or decrease by more than 10% during the next 6 months? Yes ___ No ✓
   If yes, explain.

### Part C. Real and Personal Property

EITHER (1) attach completed copies of Schedules A (Real Property) and Schedule B (Personal Property), OR (2) if you have not yet completed those schedules, answer the following questions.

8. State the amount of cash you have on hand:                                             $ _____

9. State below any money you have in savings, checking, or other accounts in a bank or other financial institution.

   | Bank or Other Financial Institution: | Type of Account such as savings, checking, CD: | Amount: |
   |---|---|---|
   |  |  | $ |
   |  |  | $ |
   |  |  | $ |

**EXHIBIT**
MOVANT's
3

10. State below the assets owned by you. Do not list ordinary household furnishings and clothing.

| | | |
|---|---|---|
| Home | Address: _____ _____ | Value: $ _____ <br> Amount owed on mortgages and liens: $ _____ |
| Other real estate | Address: _____ _____ | Value: $ _____ <br> Amount owed on mortgages and liens: $ _____ |
| Motor vehicle | Model/Year: _____ _____ | Value: $ _____ <br> Amount Owed: $ _____ |
| Motor vehicle | Model/Year: _____ _____ | Value: $ _____ <br> Amount Owed: $ _____ |
| Other | Description: _____ _____ | Value: $ _____ <br> Amount Owed: $ _____ |

11. State below any person, business, organization, or governmental unit that owes you money and the amount that is owed.

Name of Person, Business, or Organization that Owes You Money         Amount Owed

_____    $ _____
_____    $ _____
_____    $ _____

### Part D. Additional Information

12. Have you paid an attorney any money for services in connection with this case, including the completion of this form, the bankruptcy petition, or schedules? Yes ____ No ✓

    If yes, how much have you paid? $

13. Have you promised to pay or do you anticipate paying an attorney in connection with your bankruptcy case? Yes ✓ No ____

    If yes, how much have you promised to pay or do you anticipate paying? $ **899.00**

14. Have you paid anyone other than an attorney (such as a bankruptcy petition preparer, paralegal, typing service, or another person) any money for services in connection with this case, including the completion of this form, the bankruptcy petition, or schedules? Yes ____ No ✓

    If yes, how much have you paid? $

15. Have you promised to pay or do you anticipate paying anyone other than an attorney (such as a bankruptcy petition preparer, paralegal, typing service, or another person) any money for services in connection with this case, including the completion of this form, the bankruptcy petition, or schedules? Yes ____ No ✓

    If yes, how much have you promised to pay or do you anticipate paying? $ _____

16. Has anyone paid an attorney or other person or service in connection with this case, on your behalf? Yes ____ No ✓
    If yes, explain.

17. Have you previously filed for bankruptcy relief during the past eight years? Yes ✓ No ___

| Case Number (if known) | Year filed | Location of filing | Did you obtain a discharge? (if known) |
|---|---|---|---|
| 01-12458JPH | 4/11/2001 | See Schedule Attached | Yes ✓  No ___  Don't know ___ |
|  |  |  | Yes ___  No ___  Don't know ___ |
|  |  |  | Yes ___  No ___  Don't know ___ |

18. Please provide any other information that helps to explain why you are unable to pay the filing fee in installments.

19. I (we) declare under penalty of perjury that I (we) cannot currently afford to pay the filing fee in full or in installments and that the foregoing information is true and correct.

Executed on:   **November 11, 2010**          **/s/ James Matthew Sparks**
                        Date                                    Signature of Debtor


_____                      _____
       Date                                    Signature of Codebtor

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required under that section.

_____          _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer          Social Security No. (Required by 11 U.S.C. § 110.)
*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____
Address

_____          _____
Signature of Bankruptcy Petition Preparer                                     Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.
A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

U.S. Bankruptcy Court
Southern District of Ohio
Western Division

IN RE: JAMES MATTHEW SPARKS )  CHAPTER 7
) CASE NO. 10-17737
)
) JUDGE RUSS KENDIG
)
) RESPONSE TO MOTION TO
VACATE ORDER APPROVING
APPLICATION TO PROCEED IN
FORMA PAUPERIS

## RESPOSE TO MOTION TO VACATE ORDER APPROVING APPLICATION TO PROCEED IN FORMA PAUPERIS

**COMES NOW**, Diana Khouri, attorney for above-entitled case and pursuant to the U.S. Bankruptcy Rules moves this Court to deny Trustee's request to vacate Order Approving Application to Proceed in Forma Pauperis entered on 12/22/2010.

In support of this motion, Attorney Diana Khouri respectfully submits the following Memorandum.

Respectfully submitted,

/s/ Diana Khouri
Diana Khouri Attorney for Debtor
0067530

## MEMORANDUM

Trustee submitted that the Debtor has an interest in real property as set for on Schedule A, Valued at $110,000. Amendment to Schedule A on January 19th 2011 shows that there is no



EXHIBIT
MOVANT's
4

equity value in asset. 513 Orchard Street, Middleboro, Ohio is worth $110,000 and client owes $133,373.

Attorney Diana Khouri submits that although client has agreed to pay $899 for client's legal representation in this chapter 7 case, that client has not yet paid anything and it is unknown if client will have the financial means to do so in the future. Client nets around $841 monthly.

**WHEREFORE**, Attorney Diana Khouri respectfully requests that the motion to vacate order approving application to proceed in forma pauperis be denied.

Respectfully submitted,

*/s/ Diana Khouri*
Diana Khouri Attorney for Debtor
0067530

## CERTIFICATE OF SERVICE

This is to certify that I have on this 19 th day of January, 2011, served a copy of the foregoing Motion upon the following:

Elliott Polaniecki, Trustee – Serve Electronically

Office of the U.S. Trustee -- Serve Electronically

Jim Sparks – 4042 Lansdowne Ave Apt 1, Cincinnati, Ohio 45236

*/s/ Diana Khouri*
Diana Khouri Attorney for Debtor
0067530