**Diana Khouri**
6300 Rockside Road #204
Cleveland, OH 44131
1-866-964-7275

# U.S. Bankruptcy Court
## Southern District of Ohio (Cincinnati)

| | |
|---|---|
| **DEBTOR** | ) Bankruptcy Petition #: 10-17737 |
| **JAMES SPARKS** | ) |
| | ) |
| | ) Chapter 7 |
| | ) **DEBTORS' MOTION TO CANCEL SHOW CAUSE HEARING** |

**TO THE HONORABLE JUDGE JEFFREY P. HOPKINS, UNITED STATES BANKRUPTCY COURT JUDGE, THE TRUSTEE AND OTHER INTERESTED PARTIES:**

NOW COMES, Debtor by and through his attorney of record and files this his MOTION TO CANCEL SHOW CAUSE HEARING scheduled for June 7, 2011 at 1:30 pm, which was scheduled by the court on March 30, 2011 and would respectfully show the court as follows:

1. That the show cause hearing was scheduled because the Debtor's inability to pay the initial filing fee of $299.00.

2. The Debtor has paid the initial filing fee of $299.00 to the court on April 11, 2011.

3. As such, Debtor petitions the court to cancel said show cause hearing.

WHEREFORE, Debtor prays for an Order:

A. Cancellation of show cause hearing scheduled for June 7, 2011 at 1:30 pm

B. Granting such other relief as the Court deems proper.

DATED: April 12, 2011.

Respectfully Submitted,

/s/ Diana Khouri
**Diana Khouri** (0067530)
Attorney for Debtor

**CERTIFICATE OF SERVICE**

In addition to the parties who will be served by the Court's ECF System, I certify that a copy of this motion was served by first class mail on this the 12th day of April, 2011 on the following parties affected thereby:

Trustee
**Elliott Polaniecki**
9000 Plainfield Road
Cincinnati, OH 45236

Office of The United States Trustee
36 East Seventh Street
Suite 2050
Cincinnati, OH 45202

/s/ Diana Khouri

Diana Khouri