**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Jeffery P. Hopkins
United States Bankruptcy Judge

**Dated: October 11, 2011**

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In Re | : | |
| | : | |
| **JAMES MATTHEW SPARKS** | : | Case No. 10-17737 |
| | : | Chapter 7 |
| Debtor | : | Judge Hopkins |
| | : | |

**ORDER RE ORDER TO APPEAR AND SHOW CAUSE**

This cause came on for hearing upon the Order to Appear and Show Cause (Doc. 34). The panel trustee, Mr. Elliott Polaniecki, has filed a Trustee's Report and, in it he seeks to have the Court impose sanctions against Debtor's counsel, Ms. Diana Khouri, including disgorgement of attorneys fees and payment of compensation to the Trustee for the time and expense incurred in prosecution of this case (Doc. 41). Subsequently, the United States Trustee filed a Status Report in this case stating, in part, that "The United States Trustee has requested that attorney Khouri voluntarily withdraw from practicing bankruptcy [law] in the Southern District of Ohio" (Doc. 43). Further, the Court has ordered

Ms. Khouri to disgorge any attorneys fees awarded in two other cases, *In re Hall,* Case No. 10-18276) (Doc. 20) and *In re Stokes,* Case No. 10-17990 (Doc. 22)*.*

It is **ORDERED** that the hearing on the order to Show Cause shall be held in abeyance until further direction by this Court.  Although untimely, Ms. Khouri has satisfactorily explained why the pauperis application was filed when the filing fee was later paid.  The Court shall await the outcome of the negotiations between Ms. Khouri and the United States Trustee before taking up the Chapter 7 Trustee's request that further sanctions against Ms. Khouri be imposed.  See *LBR 2090-2 and 9011-3.*

IT IS SO ORDERED.

Copies to:

Default List

###